IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 19-167 |
| ) | |
| MOHAMMED JIBRIL, ) | |
| ) | |
| Defendant. ) | |

## CHANGE OF PLEA

Defendant, MOHAMMED JIBRIL, changes his plea and now enters a plea of guilty as to Counts 1, 2, and 6 in open court this 23rd day of December, 2019.

_____
Defendant's Signature

_____
Attorney for Defendant